425 A.2d 745

**COMMONWEALTH of Pennsylvania**

**v.**

**Carmen Stephen VENAFRA, Appellant.**

**COMMONWEALTH of Pennsylvania**

**v.**

**John TULLY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1981.

Decided Feb. 27, 1981.

John Rogers Carroll, Philadelphia, C. Barry Buckley, West Chester, Thomas Carroll, Philadelphia, for appellant.

Janet L. Crawford, Asst. Dist. Atty., Alan Jarvis, West Chester, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The appeal is dismissed, 260 Pa.Super. 595, 394 A.2d 614, as being improvidently granted.